**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Docket No. 3:11-CR-373-FDW**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOSE CALDERON-SILVER (6) and )<br>MURAD AYYAD (11) )<br>)<br>Defendants. )<br>_____ ) | ORDER |

**This Matter** is before the court on Government's unopposed Motion to Dismiss the Bill of Indictment (Doc. No. 371). For Good Cause shown in the United States' Motion, the Court hereby GRANTS the dismissal of the Bill of Indictment in Docket No. 3:11-CR-373 without prejudice as to Defendants Calderon-Silver and Ayyad only. The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

IT IS SO ORDERED.

Signed: November 18, 2013

Frank D. Whitney
Chief United States District Judge